## Commonwealth *v.* Bowers, Appellant.

Argued May 11, 1931. Before FRAZER, C. J., WALLING, SIMPSON, KEPHART, SCHAFFER and MAXEY, JJ.

256

258

*Cecil P. Harvey,* of *Hornstein, Feldman & Harvey,* with him *Thomas O. Haydock, Jr.,* and *Duane E. Dills,* of *Dills & Towley,* of New York, for appellant.

*William R. Toal,* Assistant District Attorney, with him *William J. MacCarter, Jr.,* District Attorney, for appellee.

*Oscar G. Wickersham,* of *Wickersham & Wickersham,* amicus curiæ, for Manufacturers' Finance Acceptance Corporation.

PER CURIAM, May 25, 1931:
The judgment in this case is affirmed on the opinion of the Superior Court. Costs to be paid by appellant.